**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON  DIVISION**

|  | | |
|---|---|---|
| **LARRY USHER,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CASE NO.  5:09-CV-9 (HL)** |
| | : | |
| | : | |
| **Warden DON JARRIEL,** | : | |
| **Defendant** | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 16) filed June 23, 2009  has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

There were no objections to the Magistrate Judge's Recommendation filed within the time allowed.

**SO ORDERED,** this the 17th day of July, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**